UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

S.V.,

        Plaintiff,

v.                                                  Case No. 10-C-919

KENNETH KRATZ,

        Defendant,

STATE OF WISCONSIN and
PEERLESS INDEMNITY INSURANCE COMPANY,

        Intervenor Defendants.

**ORDER FOR DISMISSAL**

Plaintiff S.V. and Defendant Kenneth Kratz having settled the remaining claims in this action and stipulated to dismissal of those claims on the merits, with prejudice and without costs;

IT IS ORDERED that Plaintiff S.V.'s claims against Defendant Kenneth Kratz are dismissed on the merits and with prejudice and without further costs to the parties.

IT IS FURTHER ORDERED that final judgment may be and is entered in favor of the State of Wisconsin and Peerless Indemnity Insurance Company in accordance with the foregoing dismissal and the Court's November 16, 2012 and January 29, 2013 Decisions and Orders.

Dated this 14th day of February, 2013.

                                                                 s/William C. Griesbach
                                                                  William C. Griesbach, Chief Judge
                                                                  United States District Court