# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

**Green Bay Division**

Jefferson Court Building
125 S. Jefferson St., Rm. 102
Green Bay, WI 54301-4541

JON W. SANFILIPPO
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
*www.wied.uscourts.gov*

April 19, 2013

**W Ted Tornehl**
Borgelt Powell Peterson & Frauen SC
735 N Water St - 15th Fl
Milwaukee, WI 53202-4188

**Linda S Schmidt**
Godfrey & Kahn SC
1 E Main St - Ste 500
PO Box 2719
Madison, WI 53701-2719

Re: **S.V. v. Kenneth Kratz**
**Case No. 10-C-919**

Dear Dear Counsel:

This letter constitutes notification of the release of exhibits currently held by our office for the case referenced above.

Parties wishing to claim exhibits currently held by the court should contact the Office of the Clerk of Court on or prior to **April 30, 2013**. Exhibits not removed by this date will be destroyed.

**JON W. SANFILIPPO**
Clerk of Court

s/Cheryl A. Veazie, Deputy Clerk